# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MADIHA MINER,<br><br>                    Plaintiff,<br><br>    v.<br><br>KING COUNTY SUPERIOR COURT,<br><br>                    Defendant. | CASE NO. C19-1049JLR<br><br>ORDER DIRECTING THE CLERK TO TRANSFER THE COMPLAINT TO MS19-0106JLR PURSUANT TO THE COURT'S VEXATIOUS LITIGANT ORDER AND TO CLOSE THIS MATTER |

Plaintiff Madiha Miner filed this lawsuit on July 8, 2019. (*See* Compl. (Dkt. # 1).) To date, Defendant King County Superior Court ("the Superior Court") has not appeared; nor is there any evidence that Ms. Miner has served the Superior Court. (*See generally* Dkt.)

On August 14, 2019, the court entered a vexatious litigant order against Ms. Miner. *See In re Madiha Miner*, No. MS19-0106JLR (W.D. Wash.), Dkt # 1; *see also Miner v. Soc. Sec. Admin., et al.*, No. C19-0821JLR (W.D. Wash.), Dkt. # 21. The

ORDER - 1

court's vexatious litigant order is based upon Ms. Miner's litigation conduct in this district which includes the filing of 12 lawsuits in less than four months—eight of which have already been dismissed. *See generally id.* In addition, Ms. Miner filed more than 80 motions in her 12 suits. *See generally id.* The court has either denied or struck all of Ms. Miner's motions that it has considered so far, which includes more than 50. *See generally id*. The court has already expended substantial judicial resources dealing with Ms. Miner's lawsuits. *See generally id.* Thus, to preserve judicial resources and because no defendant has appeared or been served to date, the court will consider Ms. Miner's complaint in this matter pursuant to the litigation restrictions against her established in its August 14, 2019, vexatious litigant order.

Accordingly, the court DIRECTS the Clerk to (1) re-file Ms. Miner's complaint (Dkt. # 1) in the miscellaneous matter, MS19-0106JR, established pursuant to the court's vexatious litigant order, and (2) administratively close this civil matter.

Dated this 14th day of August, 2019.

JAMES L. ROBART
United States District Judge